IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF GEORGIA ex rel.<br>WILLIAM WILDS,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE WATER MEDICAL, INC.,<br>d/b/a Americath; JAMES<br>ROBERT GUFFIN; GEORGIA<br>UROLOGY, P.A.; and LORIE<br>CUSMAI;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. CV416-209 |

## S E A L E D   O R D E R

Before the Court is Plaintiff/Relator Williams Wilds's Notice of Voluntary Dismissal Without Prejudice. (Doc. 8.) The Attorneys General of the United States and the State of Georgia have consented to dismissal by way of the Notice of Election to Decline Intervention (Doc. 7). See 31 U.S.C. § 3730(b)(1); O.C.G.A. § 49-4-168.2(f). Additionally, this Court has reviewed the settlement terms, if any, and consents to dismissal. See 31 U.S.C. § 3730(b)(1).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because

Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiff/Relator's request is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **DIRECTED** to close this case. This case **SHALL** remain under seal.

SO ORDERED this 9th day of November 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA